# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INTELLIGENT SYSTEMS CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:20-cv-00832-DG-CLP<br><br>(Consolidated with Case No. 1:20-cv-00835-RPK-CLP) |
| This Document Relates To:<br><br>ALL ACTIONS | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Having evaluated certain documents produced in discovery and given due consideration to the Court's order and opinion dismissing the related securities action captioned, *Canez v. Intelligent Systems Corp., et al.*, No. 1:19-cv-03949-RPK-CLP (E.D.N.Y.), and to the lead plaintiff's decision not to seek to amend its complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs George Assad and John Durgerian ("Plaintiffs") hereby notice their voluntary dismissal of this action without prejudice, with each party to bear their own costs and fees. Apart from this Notice, additional notice to stockholders is not required under Federal Rule of Civil Procedure 23.1(c) because: (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the parties; (iii) neither Plaintiffs nor their counsel have received, or will receive, directly or indirectly, any consideration from Defendants[1] for the dismissal; and (iv) the dismissal is without prejudice. Defendants concur that additional notice to stockholders is not required and do not oppose this dismissal.

Dated: October 1, 2021

LAW OFFICES OF THOMAS G. AMON

*/s/ Thomas G. Amon*
THOMAS G. AMON

420 Lexington Avenue, Suite 1402
New York, NY 10170
Telephone: (212) 810-2430
E-mail: tamon@amonlaw.com

*Liaison Counsel for Plaintiffs*

ROBBINS LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990

---

[1] "Defendants" means collectively nominal defendant Intelligent Systems Corporation and individual defendants J. Leland Strange, Matthew A. White, Philip H. Moïse, A. Russell Chandler III, Karen J. Reynolds, Bonnie L. Herron, James V. Napier, Cherie M. Fuzzell, and Parker H. Petit.

- 2 -

Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
csmith@robbinsllp.com

*Lead Counsel for Plaintiffs*

1544263

SO ORDERED.

*Diane Gujarati*
Diane Gujarati
United States District Court  Judge

Dated: Brooklyn, New York
    November 2, 2021